UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 23-10168 |
| CHRISTOPHER JAMES SCANLON | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Jamie H. Solano and Sophie E. Reiter, Assistant U.S. Attorneys, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against Defendant, Christopher James Scanlon, and for good cause shown,

IT IS on this April 20, 2023

ORDERED that, except for such copies of the Arrest Warrant as necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this Order are SEALED until the Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrant is executed, the Complaint, Arrest Warrant, and this Order are unsealed, and it is further

ORDERED that law enforcement be permitted to share this Complaint, Arrest Warrant, and this Order with foreign authorities to effectuate the Defendant's arrest and extradition.

_____
HON. MICHAEL A. HAMMER
U.S. MAGISTRATE JUDGE