START: 2:08 PM
END: 3:00 PM

#8562913 SP

# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 5/26/2023   Time: 2:00 p.m.

Defendant: CHRISTOPHER JAMES SCANLON    J#: 07891-506    Case #: 23-MJ-3018-OTAZO-REYES

AUSA: Andy Camacho    Attorney: Michael Nadler

Violation: WARRANT/COMPLAINT/DIST-NJ/CONSPIRACY TO OWN/OPERATE AN UNLICENSED MONEY TRANSMITTING BUSINESS    Surr/Arrest Date: 5/25/23   YOB: 1979

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond: PTD re: Flight

Bond Set at: $5 million 20% ($1 mill cash)   Co-signed by: Emily Scanlon - wife, John & Paula Rutter - inlaws

☑ Surrender and/or do not obtain passports/travel docs — wife & children surr by today to agents   Language: English

☑ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services — Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with ~~victims/witnesses~~ clients/coconspirators, except through counsel

☐ No firearms

☑ Not to encumber property — Δ & cosigners cannot encum prop being used to coll bond *Tech @ discretion of USPO

☐ May not visit transportation establishments

☑ Home Confinement/~~Electronic~~ Monitoring and/or Curfew ___ pm to ___ am, paid by Deft

☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment & attend sisters funeral on 5/27/23

☑ Travel extended to: D/NJ (court) MD/FL (reside) SD/NY (attorney) SD/FL until 5/30

☑ Other: No emplo in money trans business

Disposition:
Deft present w/ counsel

Gov't req PTD re: Flight
PTD hrg held - proceeded by proffer; Counsel waived to cross-examn agent & req $2 million 20% bond w/ 4 cosigners (incl wife) w/ spec conds rec by Probation & HC/LM & waiver of Extradition to UK
* Court sets $5 mil 20% c/s by wife & inlaws ($ & inlaws sign. due by COB 5/31) w/ noted special conds

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date: ___   Time: ___   Judge: ___   Place: ___

Report RE Counsel: *Deft will be in SD/FL until
PTD/Bond Hearing: Tues 5/30 residing FTL & return
Prelim/Arraign or Removal: to MD/FL to reside.
Status Conference RE: ___

- Deft waived removal / ID hrg & ordered removed to D/NJ

D.A.R. ___    Time in Court: ___

s/Alicia M. Otazo-Reyes            Magistrate Judge

EA

☑ waive/execute extradition waiver from U.K.
☑ No access to computer/laptop/smartphone/internet (all his devices were seized) Δ can only have flip phone

- [x] All Financial cash/investment accounts to be transferred & handled by the wife & must keep a minimum of $5million in all accts.

- [x] Execution of paperwork of transfer of all financial accounts/companies to wife by 6/9/2023

- [x] Properties that cannot be encumbered include all owned by wife & in laws (in Utah) & property in London (in Kissimee & London)