UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JAMES SCANLON | Mag. No. 23-10168<br><br>SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Sophie E. Reiter, Assistant U.S. Attorney (Sophie.reiter@usdoj.gov), in substitution for Jamie Hoxie Solano, Assistant U.S. Attorney, who previously appeared in this matter.

                  PHILIP R. SELLINGER
                  United States Attorney

                  s/ Jamie Hoxie Solano
                  By:  Jamie Hoxie Solano
                  Assistant U.S. Attorney

Dated:  June 2, 2023