AO 458  (Rev. NJ 03/14) Notice of Appearance - Criminal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTOPHER JAMES SCANLON<br>Defendant. | NOTICE OF APPEARANCE IN A CRIMINAL CASE<br><br>Case No.   23-10168 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:     CHRISTOPHER JAMES SCANLON
Name of Defendant

I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s), as of the indicated year of admission, and that I am not the subject of suspension or disbarment from any Court.

2d Circuit, SDNY, EDNY
Court(s)

2008 (2d Circuit), 2005 (for rest)
Year(s) of Admission

6/2/2023
Date

/s/ Edward Kim
Signature of Attorney

Edward Y. Kim
Print Name

350 Fifth Avenue, Suite 7710
Address

New York, NY  10118
City, State, Zip Code

edward.kim@kklllp.com
Email Address

212-390-9555
Phone Number

Fax Number