# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

CHRISTOPHER SCANLON
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer

CASE NO. 23-10168

DATE OF PROCEEDINGS: 6/5/2023

DATE OF ARREST:

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS   [✓] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD   [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [✓] Counsel will file a letter re: preliminary hearing
- [✓] Counsel will submit a proposed order setting conditions of release

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
    - [ ] UNSECURED BOND
    - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.        DATE:
- [ ] DETENTION/BAIL HRG.              DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY        DATE:
- [ ] SENTENCING                       DATE:
- [ ] OTHER:                           DATE:

**APPEARANCES:**

AUSA: Sophie Reiter

DEFT. COUNSEL: Ed Kim, Jonathan Bolz, and Varun Gumaste

PO/PTS:

INTERPRETER
Language:

TIME COMMENCED: 4:55
TIME TERMINATED: 5:32
CD NO: ECR

J. Baker
DEPUTY CLERK