# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                Case No.: 2:23–mj–10168–MAH

                                               Magistrate Judge Michael A. Hammer

CHRISTOPHER JAMES SCANLON

                        Defendant.

## ORDER

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 6/5/2023, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                                    s/ Magistrate Judge Michael A. Hammer

                                                            United States Magistrate Judge