# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLllp.com

June 6, 2023

By ECF

The Honorable Michael A. Hammer  
United States Magistrate Judge  
District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

      Re:    *United States v. Scanlon*, 23 Mag. 10168 (MAH)

Dear Judge Hammer:

    We represent Christopher Scanlon, the defendant in the above-referenced case. We write to advise the Court that Mr. Scanlon waives a preliminary hearing pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure. An executed waiver is attached.

                                                  Respectfully submitted,  
                                                  KRIEGER KIM & LEWIN LLP

                       By:   */s/ Edward Y. Kim*  
                                                  Edward Y. Kim  
                                                   Jonathan F. Bolz  
                                                   Varun A. Gumaste

cc:    All counsel of record (via ECF)

Encl.