AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Christopher James Scanlon** | ) | Case No.  **23 Mag. 10168 (MAH)** |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:      **06/06/2023**

*Defendant's signature*

*Signature of defendant's attorney*

**Edward Y. Kim (4305223 - New York)**
*Printed name and bar number of defendant's attorney*

**Krieger Kim & Lewin LLP**
**350 Fifth Avenue, 77th Floor**
**New York, NY 10118**

*Address of defendant's attorney*

**Edward.Kim@KKLllp.com**
*E-mail address of defendant's attorney*

**212-390-9550**
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*