UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No. DNJX223MJ010168-001 (MAH) |
| Plaintiff(s) : | |
| v. : | **CLERK'S CERTIFICATE OF CASH DEPOSIT** |
| CHRISTOPHER SCANLON : | |
| Defendant(s) : | |

I hereby certify that on July 18, 2023, One Million Dollars *($1,000,000.00)* was deposited in the Registry of the Court via Receipt 48676 pursuant to the Order, Document 14 signed June 9, 2016 by Judge Hammer.

MELISSA E. RHOADS, CLERK

By: _____
Linda Gambardella, Finance Assistant

7/18/23