UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JAMES SCANLON,<br><br>         Defendant. | 23 Mag. 10168 (MAH) |

**[PROPOSED] ORDER GRANTING MOTION TO
MODIFY CONDITIONS OF PRETRIAL RELEASE**

THIS MATTER having come before the Court on the motion of Defendant Christopher James Scanlon, through counsel, to modify conditions of pretrial release, and the Court having read and considered this motion, hereby adopts the following:

1. Mr. Scanlon's home detention with electronic monitoring is modified to a curfew without electronic monitoring; and

2. Mr. Scanlon is permitted to use computers with internet access in order to: (a) communicate with counsel and family; (b) order food, goods, and supplies to his home; and (c) work.

All other conditions of release shall remain in effect.

SO ORDERED.

Dated:

_____
Hon. Michael A. Hammer
United States Magistrate Judge