# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLllp.com

September 28, 2023

By ECF

The Honorable Michael A. Hammer  
United States Magistrate Judge  
District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

  Re: *United States v. Scanlon*, 23 Mag. 10168 (MAH)

Dear Judge Hammer,

  Please accept this letter in lieu of a formal motion on behalf of Defendant Christopher James Scanlon. We respectfully request leave to withdraw Varun Gumaste as counsel for Mr. Scanlon in the above-referenced case and that Mr. Gumaste be removed as counsel of record. Mr. Scanlon will continue to be represented by the undersigned.

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,  
              KRIEGER KIM & LEWIN LLP

              By: *[signatures]*  
                Edward Y. Kim  
                Jonathan F. Bolz

cc: All counsel of record (via ECF)

SO ORDERED  
s/*Michael A. Hammer*  
Michael A. Hammer, U.S.M.J.  
Date: 10/4/2023