UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-10168 |
| Plaintiff, : | |
| : | **CONSENT ORDER MODIFYING** |
| vs. : | **BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON : | |
| Defendant. : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Edward Kim, Esq. of Krieger Kim & Lewin, LLP, for modification of the conditions of bail; and Assistant United States Attorney Sophie Reiter consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this 22nd day of November, 2023;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▮▮▮▮▮▮▮▮▮▮ Port St. Lucie, FL 34986 from November 23, 2023 through November 24, 2023 for the Thanksgiving holiday.

All other conditions of Release to remain unchanged.

_____
Hon. Michael A. Hammer, U.S.M.J.

KRIEGER KIM & LEWIN , LLP

By: __/s/_____
    Edward Kim, Esq.

_____
Sophie E. Reiter, AUSA