# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-10168 |
| Plaintiff, : | **CONSENT ORDER MODIFYING** |
| vs. : | **BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON : | |
| Defendant. : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Edward Kim, Esq. of Krieger Kim & Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Sophie Reiter consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this  21st day of December, 2023;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▮▮▮▮▮▮▮▮ Port St. Lucie, FL 34986 from December 25, 2023 through December 26, 2023 for the Christmas holiday, and from December 31, 2023 through January 1, 2024 for the New Year's holiday.

All other conditions of Release to remain unchanged.

                                            /s/ Jessica S. Allen
                                            Hon. Jessica S. Allen, U.S.M.J.

**KRIEGER KIM & LEWIN LLP**

By: /s/ Edward Kim
       Edward Kim, Esq.

/s/ Sophie E. Reiter
Sophie E. Reiter, AUSA