# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLllp.com

January 31, 2024

<u>By ECF</u>

The Honorable Michael A. Hammer  
United States Magistrate Judge  
District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

      Re:    *United States v. Scanlon*, 23 Mag. 10168 (MAH)

Dear Judge Hammer,

    Please accept this letter in lieu of a formal motion on behalf of Defendant Christopher James Scanlon. We respectfully request leave to withdraw Edward Y. Kim as counsel for Mr. Scanlon in the above-referenced case and that Mr. Kim be removed as counsel of record. Mr. Scanlon will continue to be represented by the undersigned.

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,  
                                            KRIEGER KIM & LEWIN LLP

                            By: _____  
                                   Jonathan F. Bolz

cc:    All counsel of record (via ECF)