UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 23-10168 |
| CHRISTOPHER JAMES SCANLON | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey Anthony P. Torntore, Assistant U.S. Attorney, appearing), and defendant Christopher James Scanlon, (Jonathan Bolz, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through April 5, 2024.

2. This Court having granted four § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The charges in this case result from a lengthy investigation and this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

      b.    This case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings within the time limits provided by the Speedy Trial Act.

      c.    Both the United States and the defendant desire additional time to negotiate a potential resolution, which would render grand jury proceedings and a trial in this matter unnecessary.

      d.    Thus, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through April 5, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

                              s/Michael A. Hammer   2/1/2024
                              HON. MICHAEL A. HAMMER
                              United States Magistrate Judge

- 3 -

Dated: February 1, 2024

Form and entry consented to:

_____  _____
ANTHONY P. TORNTORE                JONATHAN BOLZ, ESQ.
Assistant U.S. Attorney            Counsel for Christopher James Scanlon