# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118

Telephone: (212) 390-9550
www.KKLllp.com

January 31, 2024

By ECF

The Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: *United States v. Scanlon*, 23 Mag. 10168 (MAH)

Dear Judge Hammer,

Please accept this letter in lieu of a formal motion on behalf of Defendant Christopher James Scanlon. We respectfully request leave to withdraw Edward Y. Kim as counsel for Mr. Scanlon in the above-referenced case and that Mr. Kim be removed as counsel of record. Mr. Scanlon will continue to be represented by the undersigned.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
KRIEGER KIM & LEWIN LLP

By: /s/ Jonathan F. Bolz
Jonathan F. Bolz

cc: All counsel of record (via ECF)

SO ORDERED

__/s/ Michael A. Hammer__
Michael A. Hammer, U.S.M.J.

Date: 2/2/2024