UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> CHRISTOPHER J. SCANLON : <br> : <br> Defendant. : <br> : | Case No. 23-10168 <br><br> **CONSENT ORDER MODIFYING** <br> **BAIL CONDITIONS** |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this 7th day of March, 2024;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▮▮▮▮▮▮▮▮▮ Port St. Lucie, FL 34986 from March 9, 2024 through March 11, 2024 for his grandfather's birthday.

All other conditions of Release to remain unchanged.

                                                     s/Michael A. Hammer     3/7/2024
                                                     Hon. Michael A. Hammer, U.S.M.J.

KRIEGER LEWIN LLP


By: /s/ Jonathan F. Bolz
       Jonathan F. Bolz, Esq.


/s/ Anthony P. Torntore
Anthony P. Torntore, AUSA