UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER J. SCANLON<br><br>Defendant. | Case No. 23-10168<br><br>**CONSENT ORDER MODIFYING BAIL CONDITIONS** |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this 26th day of March, 2024;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▮▮▮▮▮▮▮▮ Port St. Lucie, FL 34986 from March 30, 2024 through April 1, 2024 to visit family over the Easter holiday.

All other conditions of Release to remain unchanged.

_____
Hon. Michael A. Hammer, U.S.M.J.

KRIEGER LEWIN LLP

By: /s/ Jonathan F. Bolz
    Jonathan F. Bolz, Esq.


/s/ Anthony P. Torntore
Anthony P. Torntore, AUSA