**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Mag. No. 23-10168 |
| vs. | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON, | |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore and United States Pretrial Services (Andrew Dziopa) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this 17 day of April, 2024;

**HEREBY ORDERED** that Mr. Scanlon's bail be modified as follows:

- Defendant's Home Detention condition is amended to a curfew, enforced by location monitoring, with hours as directed by Pretrial Services.

- Defendant's conditions pertaining to the use of computers or internet access are removed.

- Defendant is prohibited from creating any Corporate Entities, Limited Liability Corporations, or businesses without the approval of Pretrial Services and the United States Attorney's Office.

All other conditions of Release to remain unchanged.

_____
Hon. Michael A. Hammer, U.S.M.J.

4/17/2024

KRIEGER LEWIN LLP

By:

/s/ Jonathan F. Bolz
Jonathan F. Bolz, Esq.


/s/ Anthony P. Torntore
Anthony P. Torntore, AUSA