UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-10168 |
| | : | |
| vs. | : | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |
| | : | |
| CHRISTOPHER J. SCANLON, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this 10th day of May, 2024;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to Port St. Lucie, FL from May 11, 2024 through May 13, 2024 to visit family over the Mother's Day holiday. Defendant will remain at ▇▇▇ ▇▇▇▇▇▇ Street during the curfew hours established by Pretrial Services.

All other conditions of Release to remain unchanged.

/s/ Jessica S. Allen
Hon. Jessica S. Allen, U.S.M.J.

KRIEGER LEWIN LLP

By: /s/ Jonathan F. Bolz
    Jonathan F. Bolz, Esq.

/s/ Anthony P. Torntore
Anthony P. Torntore, AUSA