**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Mag. No. 23-10168 |
| v. | **SUBSTITUTION OF ATTORNEY FOR** |
| CHRISTOPHER JAMES SCANLON, | **DEFENDANT** |
| Defendant. | |

**TO:**   Clerk, United States District Court for the District of New Jersey

   **PLEASE TAKE NOTICE** that the undersigned hereby consent to the substitution of Cole

Schotz P.C. as attorneys for defendant, Christopher James Scanlon:

COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07602
Substituting Attorneys for Defendant,
Christopher James Scanlon

By _____
       Michael Weinstein

DATED:  June 25, 2024   6/25/24

KRIEGER LEWIN LLP
350 Fifth Avenue, Suite 7710
New York, NY 10118
Withdrawing Attorneys for Defendant,
Christopher James Scanlon

By _____
       Jonathan F. Bolz

47997010