**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRISTOPHER J. SCANLON,<br><br>           Defendant(s). | Case No. 23-10168<br><br>Civil Action<br><br>**CONSENT ORDER MODIFYING**<br>**BAIL CONDITIONS** |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Michael Weinstein, Esq. of Cole Schotz, LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order upon notice to the United States Pretrial Services, Florida, and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

IT IS on this _____ day of July 2024,

**HEREBY ORDERED**, that defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain overnight in Miami, Florida from July 7, 2024 through July 11, 2024, in order to meet with counsel Michael Weinstein, Esq.

All other conditions of Release remain unchanged.

_____

HONORABLE MICHAEL A. HAMMER, U.S.M.J

_____ Unopposed.
_____ Opposed.

68045/0001-48040996