**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. SCANLON,<br><br>  Defendant(s). | Case No. 23-10168<br><br>Civil Action<br><br>**CONSENT ORDER MODIFYING<br>BAIL CONDITIONS** |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Michael Weinstein, Esq. of Cole Schotz, LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order upon notice to the United States Pretrial Services, Middle District of Florida, and District of New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

IT IS on this _____ day of August 2024,

**HEREBY ORDERED**, that defendant's bail be modified as follows:

- Acceptance and approval of the May 2024 business/right to work plan as proposed without limitation(s);
- Removal of any and all curfew restrictions;
- Removal of any and all domestic travel restrictions. If domestic travel is contemplated, Mr. Scanlon, for informational purposes, is to advise Pre-Trial services 48 hours prior providing complete travel itinerary;
- International travel restrictions remain in place;
- No residential curfew, home detention or home incarceration exists, Mr. Scanlon must comply with the location or travel restrictions as imposed by the Court.

2

- Stand along monitoring is used in conjunction with global positioning system technology.

All other conditions of Release remain unchanged.

_____

HONORABLE MICHAEL A. HAMMER, U.S.M.J

____ Unopposed.
____ Opposed.

68045/0001-48231436